IN RE:                                    CASE NO.  08-54191

SCOTT L. SHANNAHAN                        CHAPTER 7

    Debtor                                REPORT OF UNCLAIMED
                                          DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #108 was issued on June 11, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #114 to the Clerk of Courts in the amount of $91.93 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                          HAROLD A. CORZIN, TRUSTEE
                                          304 N. Cleveland-Massillon Road
                                          Akron, Ohio 44333
                                          (330) 670-0770
                                          (330) 670-0297 Facsimile
                                          Hcorzin@csu-law.com

September 10, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-54191 - SHANNAHAN, SCOTT L.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02645245-66 | 114 | 09/10/10 | U. S. BANKRUPTCY COURT | | | $91.93 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200-02645245-66 | 10 | 108 | 05/14/09 | 610 | Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc.<br>P. O. Box 105698<br>Atlanta, GA 30348 | | 2,698.63 | 2,698.63 | 91.93 | 91.93 |

*handwritten:* ck # 114 receipt # 81771

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.